**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**TYRONE LEE FUTRELL, SR.**                                                                 **PLAINTIFF**

v.                                             **CASE NO. 3:13CV00139 BSM**

**MISSISSIPPI COUNTY SHERIFF'S DEPARTMENT**                        **DEFENDANT**

**ORDER**

On June 5, 2013, plaintiff Tyrone Futrell was granted leave to proceed *in forma pauperis* [Doc. No. 4] and was directed to pay an initial partial filing fee of forty dollars ($40) and to make monthly payments in the amount of twenty dollars ($20) until the statutory and docketing fees are paid in full.  As of this date, Futrell has failed to pay any fees.  Futrell is therefore advised that if he fails to pay the initial partial filing fee within thirty (30) days of the date of this order, his case will be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

IT IS SO ORDERED this 12th day of July 2013.

UNITED STATES DISTRICT JUDGE