**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**TYRONE LEE FUTRELL, SR.**                                                                **PLAINTIFF**

v.                                    **CASE NO. 3:13CV00139 BSM**

**MISSISSIPPI COUNTY SHERIFF'S DEPARTMENT**                          **DEFENDANT**

**ORDER**

Plaintiff Tyrone Lee Futrell was granted leave to proceed *in forma pauperis* and directed to pay an initial partial filing fee of $40 in this case. Futrell has complied and paid this partial filing fee; therefore the clerk of the court is directed to prepare summons for the defendant, and the United States Marshall is hereby directed to serve a copy of the complaint [Doc. No. 2] and summons on defendant.

Rule 5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas requires pro se litigants to (1) promptly notify the court and the other parties in the case of any change of address; (2) to monitor the progress of the case; and (3) to prosecute or defend the action diligently. Moreover, the rule further provides that the failure of a pro se plaintiff to respond to any communication from the court within thirty (30) days may result in dismissal of her case. Finally, pro se parties are expected to be familiar with and follow the Federal Rules of Civil Procedure as well as the Local Rules of this court. A copy of the Local Rules may be obtained from the District Clerk for the Eastern District of Arkansas. The Federal Rules of Civil Procedure are available in many libraries, including court's second floor library, Room 224, and in bookstores.

IT IS SO ORDERED this 7th day of January 2014.

_____
UNITED STATES DISTRICT JUDGE