**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**TYRONE LEE FUTRELL, SR.**                                                                 **PLAINTIFF**

**v.**                          **CASE NO. 3:13CV00139 BSM**

**MISSISSIPPI COUNTY SHERIFF'S DEPARTMENT**                         **DEFENDANT**

**JUDGMENT**

Consistent with the order entered this day, this case is hereby dismissed with prejudice.

IT IS SO ORDERED this 27th day of February 2014.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE