# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**TYRONE LEE FUTRELL, SR.**                                                **PLAINTIFF**

**v.**                      **CASE NO. 3:13CV00139 BSM**

**MISSISSIPPI COUNTY SHERIFF'S DEPARTMENT**                    **DEFENDANT**

## JUDGMENT

Consistent with the order entered this day, this case is hereby dismissed with prejudice.

IT IS SO ORDERED this 27th day of February 2014.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE